**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

TERRY WOFFORD on behalf                                                              PLAINTIFF
of T.J.W., a minor child

v.                                          3:11-cv-00187-JJV

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                                       DEFENDANT

**JUDGMENT**

  Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that the Plaintiff's Complaint is dismissed with prejudice.

  SO ORDERED this 13th day of June, 2012.

                  _____
                  JOE J. VOLPE
                  UNITED STATES MAGISTRATE JUDGE